NUMBER 13-09-00385-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

IN THE INTEREST OF K.G. and J.G., CHILDREN

_____________________________________________________________


On appeal from the 284th District Court


 of Montgomery County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam


 Appellant, Capone Gavarrete, perfected an appeal from a judgment entered by the
284th District Court of Montgomery County, Texas, in cause number 06-04-03247-CV. 
Appellant has filed a motion to dismiss the appeal on grounds that he no longer desires to
prosecute the appeal. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 
Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent agreement of
the parties, the court will tax costs against the appellant."). Having dismissed the appeal
at appellant's request, no motion for rehearing will be entertained, and our mandate will
issue forthwith. 

 PER CURIAM

Memorandum Opinion delivered and

filed this the 20th day of August, 2009.